```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VITA ALICIA MARTINEZ-CASTANEDA
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12

13  UNITED STATES OF AMERICA,     )  Case No. 2:10-cr-0006 FCD
                                  )
14               Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                  )  CASE
15       v.                       )
                                  )  Date:  March 15, 2010
16  VITA ALICIA MARTINEZ-CASTANEDA, )  Time:  10:00 a.m.
                                  )  Judge: Frank C. Damrell, Jr.
17               Defendant.       )
                                  )
18  _____ )

19
```

20   IT IS HEREBY STIPULATED and agreed to between the United States of
21 America through Michael Anderson, Assistant United States Attorney, and
22 VITA ALICIA MARTINEZ-CASTANEDA, by and through her counsel, JEFFREY L.
23 STANIELS, Assistant Federal Defender, that the status conference in the
24 above captioned case be continued from March 15, 2010 to April 12, 2010.
25 This continuance is sought to permit defense counsel to review and
26 consult further with Ms. Martinez.

27   IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act
28 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,

from March 15, 2010 through April 12, 2010.

IT IS SO STIPULATED.

Dated: March 9, 2010

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ JEFFREY L. STANIELS
    JEFFREY L. STANIELS
    Assistant Federal Defender
    Attorney for Defendant
    VITA ALICIA MARTINEZ-CASTANEDA

Dated: March 9, 2010

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Michael Anderson
    MICHAEL ANDERSON
    Assistant U.S. Attorney

## O R D E R

The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until April 12, 2010, at 10:00 a.m. on this court's regular criminal calendar.

Time for Trial under the Speedy Trial Act is excluded between March 9, 2010, and April 12, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE