```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    VITA ALICIA MARTINEZ-CASTANEDA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-cr-0006 FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING CASE |
| v. ) | Date: April 12, 2010 |
| VITA ALICIA MARTINEZ-CASTANEDA, ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

    IT IS HEREBY STIPULATED and agreed to between the United States of America through Michael Anderson, Assistant United States Attorney, and VITA ALICIA MARTINEZ-CASTANEDA, by and through her counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from April 12, 2010 to May 17, 2010, at 10:00 a.m.. This continuance is sought to permit defense counsel to review and consult further with Ms. Martinez.

    IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4,

from April 12, 2010 through May 17, 2010.

    IT IS SO STIPULATED.

Dated: April 9, 2010

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ JEFFREY L. STANIELS
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    VITA ALICIA MARTINEZ-CASTANEDA

Dated: April 9, 2010

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Michael Anderson
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney

**O R D E R**

    The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until May 17, 2010, at 10:00 a.m. on this court's regular criminal calendar.

    Time for Trial under the Speedy Trial Act is excluded between April 12, 2010, and May 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

    IT IS SO ORDERED.

Dated: April 9, 2010

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE